IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROGERS, | No. C 11-02098 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITH LEAVE TO AMEND |
| vs. | |
| DON GRIFFITH, et al., | |
| Defendants. | |

On April 28, 2011, Plaintiff filed a civil rights action under 42 U.S.C. § 1983, by filing a three page document alleging claims regarding his medical care at San Quentin State Prison. However, the complaint is deficient because the complaint fails to provide information regarding the exhaustion of administrative remedies. (See Docket No. 1.) Accordingly, this Court has no choice but to dismiss the complaint with leave to amend.[1]

Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under the color of state law committed a violation of

---

[1] Exhaustion is mandatory and no longer left to the discretion of the district court. Woodford v. Ngo, 548 U.S. 81, 84 (2006) (citing Booth v. Churner, 532 U.S. 731, 739 (2001)).

Order of Dismissal with Leave to Amend
P:\PRO-SE\SJ.EJD\CR.11\02098Rogers_dwlta.wpd

1   a right secured by the Constitution or laws of the United States.  <u>West v. Atkins</u>, 487
2   U.S. 42, 48 (1988).  Plaintiff must identify defendants by name and state how each
3   individual defendant violated a specific federal right.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

The complaint is DISMISSED with leave to amend.  Within **thirty (30) days** of the date this order is filed, Plaintiff shall file an amended complaint.  The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this action, Case No. C 11-02098 EJD (PR).  If using the court form complaint, plaintiff must answer all the questions on the form in order for the action to proceed.

**Failure to respond in accordance with this order by filing an amended complaint will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

The Clerk shall include two copies of the court's complaint with a copy of this order to plaintiff.

DATED: July 18, 2011



EDWARD J. DAVILA
United States District Judge

Order of Dismissal with Leave to Amend
P:\PRO-SE\SJ.EJD\CR.11\02098Rogers_dwlta.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ROGERS,

        Plaintiff,

  v.

DON GRIFFITH, et al.,

        Defendants.
                                        /

Case Number: CV11-02098 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/27/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Rogers F 69414
San Quentin State Prison
Quentin, CA 94974

Dated: 7/27/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk