IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROGERS, )<br>   Plaintiff, )<br> vs. )<br>DON GRIFFITH, et al., )<br>   Defendants. ) | No. C 11-02098 EJD (PR)<br><br>ORDER OF DISMISSAL |

  Plaintiff, a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983, by filing a three page document alleging claims regarding his medical care at San Quentin State Prison. On July 27, 2011, the Court dismissed the complaint with leave to amend because the complaint failed to provide information regarding the exhaustion of administrative remedies. (See Docket No. 6.) The Court advised Plaintiff that if he failed to file an amended complaint within thirty days from the date the order is filed, *i.e.*, no later than August 26, 2011, the Court would dismiss this action without prejudice. (See id. at 2.)

  The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: September 9, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.11\02098Rogers_dism.wpd     1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ROGERS,

        Plaintiff,

  v.

DON GRIFFITH, et al.,

        Defendants.

Case Number: CV11-02098 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/13/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Rogers F 69414
San Quentin State Prison
Quentin, CA 94974

Dated: 9/13/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk