IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY ROGERS, | ) | No. C 11-02098 EJD (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| DON GRIFFITH, et al., | ) | |
| Defendants. | ) | |

    For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

DATED: September 9, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.11\02098Rogers_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROGERS, | Case Number: CV11-02098 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DON GRIFFITH, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   9/13/2011  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Rogers F 69414
San Quentin State Prison
Quentin, CA 94974

Dated:   9/13/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk