IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROGERS, ) | No. C 11-02098 EJD (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| DON GRIFFITH, et al., ) | |
| Defendants. ) | |

    For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice.  Judgment is entered accordingly.

    The Clerk shall close the file.

DATED: September 9, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.11\02098Rogers_judgment.wpd            1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ROGERS,

        Plaintiff,

  v.

DON GRIFFITH, et al.,

        Defendants.

               Case Number: CV11-02098 EJD

               **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/13/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Rogers F 69414
San Quentin State Prison
Quentin, CA 94974

Dated: 9/13/2011

                                     Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk